

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| IN THE INTEREST OF I.K. AND E.K., CHILDREN, | § | No. 08-22-00055-CV |
|  | § | Appeal from the |
| Appellant, | § | 383rd District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2019DCM7783) |
|  | § |  |

## O R D E R

The first supplemental reporter's record for May 22, 2021 and August 9, 2021 per this Court's order of November 29, 2022 has been filed. Therefore, the Court reestablishes the appellate timetable, and the Appellants brief is now due January 2, 2023.

IT IS SO ORDERED this 19th day of December, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.